```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
PEDRO VASQUEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> PEDRO VASQUEZ,              )<br>                             )<br>         Defendant.          )<br>_____) | No. Mag. No. 09-291-KJM<br><br>STIPULATION AND ORDER TO CONTINUE<br>COURT TRIAL<br><br>Date: February 22, 2010<br>Time: 10:00 a.m.<br>Judge: HON. KIMBERLY J. MUELLER |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, PEDRO VASQUEZ, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Monday, December 7, 2009 at 10:00 a.m. to Monday, February 22, 2010 at 10:00 a.m.

///

///

///

///

///

///

///

Stipulation and Order                1

```
1  Dated: November 24, 2009              Respectfully submitted,

2                                        DANIEL J. BRODERICK
                                         Federal Defender
3
                                         /s/ Lauren D. Cusick
4                                        LAUREN D. CUSICK
                                         Assistant Federal Defender
5

6  Dated: November 24, 2009              BENJAMIN WAGNER
                                         United States Attorney
7

8                                        /s/ Samantha S. Spangler for
                                         MATTHEW C. STEGMAN
9                                        Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated: December 4, 2009.

_____
U.S. MAGISTRATE JUDGE

Stipulation and Order                    2