1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   PEDRO VASQUEZ
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No.  Mag. No. 09-291-KJM
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER TO CONTINUE
                                  ) COURT TRIAL
12      v.                        )
                                  ) Date: February 22, 2010
13 PEDRO VASQUEZ,                 ) Time: 10:00 a.m.
                                  ) Judge: HON. KIMBERLY J. MUELLER
14              Defendant.        )
                                  )
15 _____

16      The United States of America, through MATTHEW C. STEGMAN, Assistant

17 United States Attorney, together with defendant, PEDRO VASQUEZ, by

18 Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

19 Defender, stipulate to continue the court trial set for Monday, February

20 22, 2010 at

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28    Stipulation and Order              1

1  10:00 a.m. to Monday, April 12, 2010 at 10:00 a.m.

3  Dated: February 18, 2010                Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

6                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
                                           Assistant Federal Defender

8  Dated: February 11, 2010                BENJAMIN WAGNER
                                           United States Attorney

10                                         /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
11                                         Assistant U.S. Attorney

13                          **O R D E R**

14 IT IS SO ORDERED.

16 Dated: February 19, 2010.

                                           _____
                                           U.S. MAGISTRATE JUDGE

Stipulation and Order                      2