DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
PEDRO VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  Mag. No. 09-291-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | COURT TRIAL |
| v. | ) | |
| | ) | Date: April 12, 2010 |
| PEDRO VASQUEZ, | ) | Time: 10:00 a.m. |
| | ) | Judge: HON. KIMBERLY J. MUELLER |
| Defendant. | ) | |
| _____ | ) | |

     The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, PEDRO VASQUEZ, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Monday, April 12, 2010 at

///
///
///
///
///
///
///

Stipulation and Order                              1

1  10:00 a.m. to Monday, April 26, 2010 at 10:00 a.m.

2

3  Dated: April 6, 2010                    Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
                                           /s/ Lauren D. Cusick
6                                          LAUREN D. CUSICK
                                           Assistant Federal Defender
7

8  Dated: April 6, 2010                    BENJAMIN WAGNER
                                           United States Attorney
9

10                                         /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
11                                         Assistant U.S. Attorney

12

13                                  **O R D E R**

14  IT IS SO ORDERED.

15

16  Dated:  April 8, 2010.

17

18

19                                         _____
                                           U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28     Stipulation and Order                    2