```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  BRIAN J. MILLER
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 09-291-KJM
                                 )
12          Plaintiff,            )   Government's Request to
                                 )   Continue Court Trial and
13     v.                        )   Order
                                 )
14  Pedro Vazquez,               )   Date: April 27, 2010
                                 )   Time: 10:00 a.m.
15          Defendant.            )   Judge: Hon. Kimberly J. Mueller
                                 )
16  _____)
```

17       The United States of America, by and through its counsel,
18  Assistant United States Attorney Matthew C. Stegman and Brian J.
19  Miller, Certified Law Clerk, respectfully apply for an Order to
20  continue the court trial currently set for April 27, 2010, at
21  10:00 a.m.
22       The Government requests this continuance because the citing
23  officer, Jesse Miller, is deployed with the United states Air
24  Force until late July.  Officer Banks is an essential witness.
25  The Government respectfully requests that the Court vacate the
26  court trial set for April 27, 2010, at 10:00 a.m., and reset the
27  trial for August 30, 2010, at 10:00 a.m., in order to allow for
28  the availability of Officer Miller.

                                  1

1   Up until this month, the Government and defense counsel were
2 preparing for a change of plea hearing schedule for April 12,
3 2010.  One week before the scheduled change of plea, the defense
4 counsel notified the Government that they had decided not to enter
5 a guilty plea and proceed to court trial.  Because the Government
6 was notified of this only one week before the hearing date, the
7 parties agreed to continue the matter and have it set for court
8 trial on April 26, 2007.  This date was later changed by the Court
9 to April 27, 2010 due to a scheduling conflict.
10   Once the Government was put on notice that the matter was to
11 proceed to trial, the Government discovered that Officer Miller
12 had been deployed the month prior.  The Government proceeded to
13 investigate whether there were any other available witnesses
14 sufficient for its case.  The Government discovered that no other
15 witnesses are available.
16   The Government and defense counsel have discussed continuing
17 the matter to August 30, 2010, as Officer Miller is expected to be
18 a witness in another matter set for that day.  The date was
19 agreeable.  However, the defense counsel would only agree to the
20 continuance if the Government stipulated to a "discovery deadline"
21 of April 23, 2010.  The Government would not agree to that
22 condition, as new discovery may result from the return of Officer
23 Miller.  Additionally, the Government has a continuing duty to
24 disclose discovery, pursuant to Federal Rules of Criminal
25 Procedure 16( c).  Said condition in a stipulation would be
26 contrary to Rule 16.
27 ///
28 ///

2

In conclusion, the Government respectfully requests that the Court vacate the court trial set for April 27, 2010, at 10:00 a.m., and reset the trial for August 30, 2010, at 10:00 a.m.

DATED: April 22, 2010                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                By:   /s/ Matthew C. Stegmen
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

                                By:   /s/ Brian J. Miller
                                      BRIAN J. MILLER
                                      Certified Law Clerk

                            O R D E R

IT IS SO ORDERED:

DATED: April 22, 2010.

                                              U.S. MAGISTRATE JUDGE