1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   GINA LE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   PEDRO VASQUEZ
8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     ) No. MAG 09-291-KJM
                                 )
13               Plaintiff,      )
                                 )   STIPULATION AND ORDER
14       v.                      )
                                 )
15 PEDRO VASQUEZ,                ) Date:  October 4, 2010
                                 ) Time:  10:00 a.m.
16               Defendant.      ) Judge: Hon. Kimberly J. Mueller
                                 )
17 _____ )

18

19      IT IS HEREBY STIPULATED between the parties through their

20 respective counsel, Matthew C. Stegman, Assistant United States

21 Attorney, and Lauren D. Cusick, Assistant Federal Defender, attorney

22 for PEDRO VASQUEZ, that the Court vacate the court trial on August 30,

23 2010 at 10:00 a.m. and set a new court trial on October 4, 2010 at

24 10:00 a.m.

25      Additional time is needed as 40 pages of discovery was turned

26 over, along with a plea offer on August 20th and the defense needs time

27 to review this with Mr. Vasquez.

28      The parties also  agree that the ends of justice served by granting

1  defendant's request for a continuance outweigh the best interest of the
2  public and the defendant in a speedy trial, because the counsel
3  requires more time to review the discovery and the plea offer, and to
4  advise her client.  18 U.S.C. § 3161(h)(7)(A).

5     The parties stipulate that for the purpose of computing time under
6  the Speedy Trial Act, the Court should exclude time from the date of
7  this order through October 4, 2010, for defense preparation and
8  investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

9  Dated:  August 26, 2010
                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Lauren Cusick
                                         _____
                                         LAUREN CUSICK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         PEDRO VASQUEZ

16 Dated: August 25, 2010                BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant United States Attorney

                              **ORDER**

22 IT IS SO ORDERED.

24 Dated: August 26, 2010.

                                         _____
                                         U.S. MAGISTRATE JUDGE

Stipulation and Order              -2-