```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MICHAEL A. WHEABLE
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2805
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 09-291 KJM
                                 )
12           Plaintiff,          )   STIPULATION TO CONTINUE COURT
                                 )   TRIAL AND ORDER
13      v.                       )
                                 )   Date: October 4, 2010
14  PEDRO VASQUEZ                )   Time: 10:00 a.m.
                                 )   Judge: Hon. Kimberly J. Mueller
15           Defendant.          )
                                 )
16  _____)
```

17      It is hereby stipulated and agreed between the United States,
18 through Assistant United States Attorney Matthew C. Stegman, and
19 the defendant, PEDRO VASQUEZ, through his attorney, Chief
20 Assistant Federal Defender LINDA HARTER, to continue the court
21 trial set for October 4, 2010, at 10:00 a.m. to November 8, 2010,
22 at 10:00 a.m.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

   This continuance is requested because the Arresting Officer, Staff Sargent Miller, after having returned from Afghanistan, has now returned to his home in Florida for leave.

DATED: <u>Sept 20</u>, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Matthew Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney


DATED: <u>Sept 20</u>, 2010          DANIEL J. BRODERICK
                                    Federal Defender

                              By:   /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant




                              O R D E R

IT IS SO ORDERED:

DATED:  September 21, 2010.

                                    _____
                                    U.S. MAGISTRATE JUDGE