

FILED

MAR 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   GINA LE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorney for Defendant
7  PEDRO VASQUEZ

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        ) 2:09-mj-00291-DAD
   |                                  )
12 |              Plaintiff,           )
   |                                  )  **AMENDED** STIPULATION AND [PROPOSED] DAD
13 |    v.                            )  ORDER TO AMEND JUDGMENT
   |                                  )
14 | PEDRO VASQUEZ,                    )
   |                                  )
15 |              Defendant.           )
   |                                  )  Judge: Hon. Dale A. Drozd
16 |_____)

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, David Stevens, Special Assistant United States
20 Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney
21 for defendant, that Mr. Vasquez's turn-in date be extended to March 26,
22 2011 in order to amend Mr. Vasquez's sentence to conform with the
23 policies of the Bureau of Prisons.
24     On February 14, 2011, Mr. Vasquez was sentenced to 33 days of
25 intermittent confinement. Mr. Vasquez was to turn himself in on March 12
26 by 5:00 p.m. This sentence was imposed so that Mr. Vasquez could
27 maintain his job. The Bureau of Prisons has informed the parties that
28

1  they will not allow Mr. Vasquez to serve an intermittent confinement
2  unless it is imposed as an additional condition of supervised release.
3  The parties respectfully request that more time be given in order for the
4  parties to coordinate with Probation to have a judgement that conforms to
5  the Bureau of Prisons' policies.
6  Dated: March 11, 2011

                                           Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Linda C. Harter
                                           _____
                                           LINDA C. HARTER
                                           Chief Assistant Federal Defender
                                           Attorney for Defendant
                                           PEDRO VASQUEZ

   Dated: March 11, 2011
                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ David Stevens
                                           _____
                                           DAVID STEVENS
                                           Special Assistant United States Attorney

                                    **ORDER**

IT IS SO ORDERED. The judgment and sentence that was entered on February 14, 2011 in the above case is amended to allow the defendant to self surrender on March 26, 2011. All other terms and conditions will remain in effect.

Dated: March 14, 2011

                                           /s/ Dale A. Drozd
                                           _____
                                           Hon. Dale A. Drozd
                                           United States Magistrate Judge

Amended Stip/Order                         -2-